## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JOSEPH R. TOMELLERI,

      Plaintiff,

v.

ZAZZLE, INC.

      Defendant.

Case No.: 13-cv-2576 EFM/TJJ

### ZAZZLE, INC.'S *DAUBERT* MOTION TO EXCLUDE
### THE PROFFERED EXPERT TESTIMONY OF JEFF SEDLIK

Defendant, Zazzle, Inc. ("Zazzle"), moves the Court for an order pursuant to Federal Rules of Evidence 104 and 702, and *Daubert v. Merrell Dow Pharm.*, 509 U.S. 579 (1993), and its progeny, excluding the expert report and testimony of Jeff Sedlik, whom Plaintiff has designated as his expert on various issues related to Zazzle's purported use of his illustrations and Zazzle's affirmative defenses. *See* (ECF 268, Pl. Am. Rule 26(a)(2) Disclosure).

Mr. Sedlik is a professional photographer. Mr. Sedlik has a Bachelor of Fine Arts Degree that he earned from the Art Center College of Design in 1986. Mr. Sedlik does not have any post-graduate education, however, and has never received any formal education in the areas of computer science or the law.

Plaintiff has retained Mr. Sedlik to offer opinions regarding Zazzle's possible implementation of advanced image recognition search technology and Zazzle's treatment of metadata associated with files uploaded to its website. Mr. Sedlik opines without employing any scientific methodology that it is technically and economically feasible for Zazzle to implement advanced image recognition search technology to find each instance where Plaintiff's illustrations may have been uploaded to its website, and that Zazzle must implement such technology in order to comply with federal copyright laws. Mr. Sedlik concedes, however, that

he has no experience with certain integral parts of conducting an image-recognition search, including fingerprinting a database or tuning the search algorithm to avoid false positives. Mr. Sedlik also admits that his opinions are based entirely upon conversations with third-party vendors, who supposedly informed Mr. Sedlik that they could perform an image-recognition search for Zazzle, if requested. In other words, Mr. Sedlik's "opinion" is nothing more than the recitation of inadmissible hearsay from a vendor.

Mr. Sedlik also intends to offer his technical opinions on whether Zazzle removes metadata from files uploaded to its website. Mr. Sedlik formed his opinion by developing and implementing a "Metadata Test" in which he compares metadata associated with an original image file to metadata associated with a separate, composite image file. Mr. Sedlik does not have the technical background to develop a reliable test, as evidenced by the fundamental flaws in the test he used. A composite image file necessarily has different metadata than the image files combined to create the composite. However, there is an even more fundamental problem. Mr. Sedlik's opinion is irrelevant to any issue in this litigation, because the illustrations at issue in this case did not contain copyright management information at the time they were uploaded to Zazzle's website.

Mr. Sedlik also intends to offer (i) his lay testimony regarding the allegations set forth in Plaintiff's Complaint, even though Mr. Sedlik has no firsthand knowledge of such matters, (ii) several *ipse dixit* opinions regarding Zazzle, (iii) legal opinions on ultimate questions of law, and (iv) general commentary about his understanding of metadata and copyright licensing. None of this testimony passes the requirements of Fed.R.Evid. 702 and *Daubert*.

For the reasons set forth herein and in Zazzle's accompanying memorandum in support of this Motion, Zazzle respectfully requests that this Court enter its order excluding Mr. Sedlik's report and testimony from the trial of this matter.

Dated: June 12, 2015

By:  s/*Juliet A. Cox*
        Juliet A. Cox, KS #17016
        Sara Gillette, KS #26573
        Samuel L. Blatnick, *pro hac vice*
        Attorneys for Defendant Zazzle, Inc.
        KUTAK ROCK LLP
        2300 Main Street, Suite 800
        Kansas City, MO  64108
        (816) 960-0090 (Telephone)
        (816) 960-0041 (Facsimile)
        juliet.cox@kutakrock.com
        sara.gillette@kutakrock.com
        samuel.blatnick@kutakrock.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/*Juliet A. Cox*
Juliet A. Cox, KS #17016
Sara Gillette, KS #26573
Samuel L. Blatnick, *pro hac vice*
Attorneys for Defendant Zazzle Inc.
KUTAK ROCK LLP
2300 Main Street, Suite 800
Kansas City, MO  64108
(816) 960-0090 (Telephone)
(816) 960-0041 (Facsimile)
juliet.cox@kutakrock.com
sara.gillette@kutakrock.com
samuel.blatnick@kutakrock.com

4831-5104-9252.2